UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 20-20398-CIV-MARTINEZ-OTAZO-REYES

VICTOR ARIZA,

    Plaintiff,

v.

TUMI, INC.,

    Defendant.
_____/

## ORDER CLOSING CASE

THIS CAUSE is before the Court upon the Plaintiff's notice of voluntary dismissal with prejudice. [ECF No. 12]. Accordingly, it is

**ORDERED AND ADJUDGED** that this action is **CLOSED** and any pending motions are **DENIED AS MOOT**.

DONE AND ORDERED in Chambers at Miami, Florida, this 19th day of May, 2020.

    _____
    JOSE E. MARTINEZ
    UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record